UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
Harold Edwards,

                              Plaintiff,       **JUDGMENT**

     -against-                     Case No. 08-2199 (TLM)

City of New York et al.,

                             Defendant(s),
----------------------------------------------------------------- X

    At the close of plaintiff's case on July 20, 2011, defendant made a motion pursuant to Federal Rule of Civil Procedure 50 for judgment as a matter of law on plaintiff's claims for unlawful stop, excessive force, and malicious prosecution.  After the attorneys were allowed to argue their positions on the motion, for oral reasons assigned the Court reserved ruling on the unlawful stop claim, the Court denied the motion as to the excessive force claim, and the Court granted the motion as to the malicious prosecution claim.  Based on the Court's rulings, the claims that will go to the jury are the unlawful stop claim, the excessive force claim, and the false arrest claim.

    **SO ORDERED.**

                                                _____
                                                Tucker L. Melançon
                                                United States District Judge

July 21, 2011
Brooklyn, NY